**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL R. MCNEIL,

    Plaintiff,

v.                                            Case No: 6:23-cv-352-RBD-LHP

BEACHSIDE TAVERN, LLC and
PERFECTO PIZZA NSB, LLC,

    Defendants.

_____

## ORDER OF DISMISSAL

This cause is before the Court upon the filing of the parties' Stipulation of Dismissal as to Defendant Perfecto Pizza NSB, LLC (Doc. 23). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Est. of West v. Smith*, No. 20-10071, 2021 WL 3699467, at *4 (11th Cir. Aug. 20, 2021).

Accordingly, it is **ORDERED** that Plaintiff Michael R. McNeil's individual claims and action against Defendant Perfecto Pizza NSB, LLC are hereby **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to terminate Perfecto Pizza NSB, LLC as a party to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 24, 2023.



ROY B. DALTON JR.
United States District Judge